# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION FILE |
| v. ) | |
| ) | NO. 1:15-CR-352-WSD/AJB |
| KHALIF EDWARDS, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES MAGISTRATE JUDGE'S
## NON-FINAL REPORT AND RECOMMENDATION

Defendant Khalif Edwards moves to suppress his post-arrest statements, [Doc. 12], but the government stated at the pretrial conference that it did not intend to introduce Edwards' statements at its case in chief at trial. Rather than withdraw the motion, Defendant merely agrees that the motion is moot.

Accordingly, Defendant Edwards' motion to suppress statements should be **DENIED AS MOOT**.

**IT IS SO RECOMMENDED**, this the ___19th___ day of ___October___, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE